United States District Court
Southern District of Texas
FILED

AUG 13 2001

MICHAEL N. MILBY CLERK

Notice OF Law Suit And Request For
Waiver OF Service OF Summons

TO: United States Department OF Justice
Immigration And Naturalization Service
P.O. Box 1538        **B-01-202**
Huntsville, Tx 77342  **C-01-369**

A Lawsuit has been Commenced Against you. A copy
OF the Complaint is Attached to this Notice. It has
been Filed in the United States District Court For the
Southern District OF Texas And has been Assigned
docket Number _____.

This is Not A Formal Summons or Notification
From the court, but rather my request that you
Sign And return the enclosed Waiver OF Service in order
to Save the Cost OF Serving you with A Judicial Summons,
And An Additional Copy OF the Complaint. The Cost OF
Service will be Avoided if I receive A Signed copy OF
the Waiver within 30 days After the date designated
below As the date on which this Notice And Waiver OF
Service OF Summons is Sent. I Enclose A Stamped
And Addressed envelope For your use. An extra
Copy OF the Waiver is Also Attached For your
records.

(1)

1.

If you comply with this request And return the Signed Waiver, It will be Filed with the court And No Summons will be Served on you. The Action will then Proceed As if you had been Served on the date the Waiver is Filed, except that you will Not be Obligated to Answer the Complaint before **60** days From the date designated below As the date on which this Notice is Sent.

If you do Not return the Signed Waiver within the time indicated, I will take Appropriate Steps to effect Formal Service in A manner Authorized by the Federal rules of Civil Procedure And will then, to the extent Authorized by those rules, Ask the court to require you to pay Full costs of Such Service. In that connection please read the Statement concerning the duty of Parties to waive the Service of the Summons, which is Set Forth At the Foot of the Waiver Form.

I Affirm that this request is being Sent to you On behalf of the Plaintiff on this the _____ day of _____, _____.

_____

MARIO TORRES - PLAINTIFF

(2)

# Notice OF Lawsuit And Request For
## Waiver OF Service OF Summons

To: United States Attorney General
Department OF Justice
10th And Constitution Ave., N.W.
Washington, Dc 20530

A Lawsuit has been Commenced Against The
U.S. Department OF Justice, Immigration And
Naturalization Service, An entity on whose behalf
you Are Addressed. A Copy of the Complaint is Attached
to this Notice. It has been Filed in the United States
District Court For the <u>Southern District OF Texas</u> And
has been Assigned docket number _____.

This is Not A Formal Summons or Notification
From the Court, but rather my request that you
Sign And return the enclosed Waiver OF Service in
order to Save the Cost OF Serving you with A Judicial
Summons And An Additional Copy of the Complaint. The
Cost OF Service will be Avoided IF I receive A Signed
Copy of the Waiver within __30__ days After the date
designated below As the date on which This Notice And
Waiver OF Service OF Summons is Sent. I enclose A
Stamped And Addressed envelope For your Use. An extra
Copy of the Waiver is Also Attached For your records.

(1)

IF you comply with this request and return the Signed waiver, it will be Filed with the court and no Summons will be Served on you. The Action will then Proceed As if you had been Served on the date the waiver is Filed, Except that you will not be obligated to Answer the Complaint before 60 days from the date designated below As the date on which this Notice is Sent.

If you do not return the Signed waiver within the time indicated, I will take Appropriate Steps to effect Formal Service in A manner Authorized by the Federal rules of Civil Procedure And will then, to the extent Authorized by those rules, Ask the court to require you to Pay Full costs of Such Service. In that connection, Please read the Statement Concerning the duty of Parties to waive the Service of the Summons, which is Set Forth At the Foot of the waiver Form.

I Affirm that this request is being Sent to you on behalf of the plaintiff on this the _____ day of _____, _____ .

_____
MArio Torres - Plaintiff

(a)

## Notice OF Lawsuit And Request For Waiver OF Service OF Summons

To: United States Attorney's Office
400 Main, Room 505
Corpus Christi, Tx 78401

A Lawsuit has been Commenced Against the U.S. Department of Justice, Immigration And Naturalization Service, An Entity on Whose behalf you are addressed. A copy of The Complaint is Attached to this Notice. It has been Filed in the United States District Court For the Southern District OF Texas And has been Assigned docket Number _____ .

This is Not A Formal Summons or Notification From the court, but rather my request that you Sign And return the enclosed Waiver of Service in Order to Save the Cost of Serving you with A Judicial Summons And An Additional copy of the complaint. The cost of the Service will be Avoided IF I receive A Signed copy of the Waiver within 30 days After the date designated below As the date on which this Notice And Waiver of Service of Summons is Sent. I Enclose A Stamped And Addressed envelope For your use. An extra copy of the Waiver is Also Attached For your records.

(1)

If you comply with this request and return the Signed waiver, it will be Filed with the court and no Summons will be Served on you. The Action will then Proceed As if you had been Served on the date the waiver is filed, except that you will not be obligated to answer the complaint before __60__ days from the date designated below As the date on which this notice is Sent.

If you do not return the Signed waiver within the time indicated, I will take Appropriate Steps to effect formal Service in A manner Authorized by the Federal rules of Civil Procedure And will then, to the extent Authorized by those rules, Ask the court to require you to pay full costs of Such Service. In that connection, Please read the Statement concerning the duty of Parties to waive the Service of the Summons, which is Set forth At the foot of the waiver form.

I Affirm that this request is being Sent to you on behalf of the Plaintiff on this the _____ day of _____ , _____ .

_____

Mario Torres - Plaintiff

(2)

# Waiver of Service of Summons

To: Mario Torres # 910089
    HC02, Box 995
    Beeville, Texas 78102

I _____, Acknowledge receipt of your request that I waive Service of Summons in the Acton of, Mario Torres Vs United States Deparement of Justice - Immigration And Naturalization Service, which is cause number _____ In the United States District Court for the Southern District of Texas.

I have Also received A copy of the Complaint in the Action, two copies of this instrument, And A means by which I can return the signed waiver to you without cost to me.

I Agree to Save the Cost of Service of A Summons And An Additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am Acting) be Serve with Judicial Process in the manner Provided by rule 4.

I (or the entity on whose behalf I am Acting) will retain Al defenses or objections to the lawsuit or to the Jurisdiction or venue of the court except for objections based on a defect in the Summons or in the Service of the Summons.

(1)

I understand that a Judgment may be entered against me (or the entity on whose behalf I am acting) if an answer or motion under rule 12 is not served upon you within 60 days after _____ or within 90 days after that date if the request was sent outside the United States.

_____     _____
(Date)                      (Signature)

Printed/typed Name: _____

_____ as _____ of _____
                    (Title)              (Corporate Defendant)

Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal rules of civil procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A Defendant located in the United States who after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for it's failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the

(2)

Action has been brought in An improper Place or in A court that lacks Jurisdiction over the Subject matter of the Action or over its Person or property. A Party who waives Service of the Summons retains All defenses And objections (except Any relating to the Summons or the Service of the Summons), And may later object to the Jurisdiction of the court or to the Place where the Action has been brought.

(3)

# Waiver Of Service Of Summons

TO: Mario Torres # 910089
HC03, Box 995
Beeville, Tx 78102

I _____, Acknowledge receipt of
your request That I Waive Service of Summons in
the Action of, Mario Torres Vs. United States Department
Of Justice, Immigration And Naturalization Service, Which
is Cause Number _____ In the United States
District Court For the Southern District Of Texas.

I have Also received A copy of the complaint in the
Action, two copies of this instrument, And A means by
which I can return the Signed waiver to you without
Cost to me.

I Agree to Save the Cost of Service of A Summons
And An Additional copy of the complaint in this lawsuit by
not requiring that I (or the entity on whose behalf I Am
Acting) be Served with Judicial Process in the manner Provid.
by rule 4.

I (or the entity on whose behalf I Am Acting) will retain n
defenses or objections to the lawsuit or to the Jurisdiction or
venue of the court except For objections based on A defect in
the Summons or in the Service of the Summons.

(1)

I understand that a Judgment may be entered against me (or the entity on whose behalf I am acting) if an answer or motion under rule 12 is not served upon you within 60 days after _____ or within 90 days after that date if the request was sent outside the United States.

_____          _____
(Date)                                              (Signature)

Printed/typed Name: _____

as _____  of  _____
        (Title)                                   (Corporate Defendant)

Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal rules of Civil Procedure requires certain Parties to cooperate in saving unnecessary costs of service of the Sum. and complaint. A defendant located in the United States who, after bei. notified of an action and asked by a Plaintiff located in the United States to waive service of summons, fails to do so wi. be required to bear the cost of such service unless good cau. be shown for it's failure to sign and return the waiver.

It is not good cause for a failure to waive service th. a Party believes that the complaint is unfounded, or that the

(2)

Action has been brought in an improper place or in a court that lacks Jurisdiction over the Subject matter of the Action or over its person or property. A party who waives Service of the Summons retains all defenses and objections (except any relating to the Summons or the Service of the Summons), and may later object to the Jurisdiction of the court or to the place where the Action has been brought.

# Waiver Of Service Of Summons

To: Mario Torres # 910089
HCO2, Box 995
Beeville, Tx 78102

I _____, Acknowledge receipt of your request that I waive Service Of Summons in the Action Of, Mario Torres Vs United States Department Of Justice-Immigration And Naturalization Service, which is Cause Number _____ in the United States District Court For the Southern District Of Texas.

I have Also received A Copy Of the Complaint in the Action, Two Copies Of this instrument, And A means by which I can return the Signed Waiver to you without cost to me

I Agree to Save the Cost Of the Service Of A Summons And An Additional Copy Of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I Am Acting) be Served with Judicial Process in the manner Provided by rule 4.

I (or the entity on whose behalf I Am Acting) will retain All defenses or objections to the lawsuit or to the Jurisdiction or venue Of the court except For objection based on A defect in the Summons or in the Service Of the Summons.

(1)

I understand that a judgment may be entered against me (or the entity on whose behalf I am acting) if an answer or motion under rule 12 is not served upon you within 60 days after _____ or within 90 days after that date if the request was sent outside the United States.

_____        _____
(Date)                                      (Signature)

Printed / typed Name: _____

As _____   of _____
         (Title)                         (Corporate Defendant)

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal rules of civil Procedure requires certain Parties to cooperate in Saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, After being notified of an action and asked by a Plaintiff located in the United States to waive service of summons, Fails to do so will be required to bear the cost of such service unless good cause be shown for it's Failure to Sign and return the waiver.

(2)

It is Not good Cause for A Failure to waive Service that A party believes that the complaint is unfounded, or that the Action has been brought in an improper place or in A court that lacks Jurisdiction over the Subject matter of the Action or over it's Person or property. A Party who waives Service of the Summons retains All defenses and objections (except Any relating to the Summons or the Service of the Summons), and may later object to the Jurisdiction of the court or to the place where the Action has been brought.

# Waiver Of Service of Summons

To: Mario Torres # 910089
    HC 02, Box 995
    Beeville, TX 78102

I _____, Acknowledge receipt of your request that I waive Service Of Summons in the Action of, Mario Torres vs. United States Department of Justice Immigration And Naturalization Service, which is cause Number _____ in the United States District Court For the Southern District of Texas.

I have Also received A copy of the complaint in the Action. Two copies of this instrument, And A means by which I can return the Signed waiver to you without cost to me.

I Agree to Save the cost of the Service Of A Summons And An Additional copy of the complaint in this lawsuit by not requiring that I (or the Entity on whose behalf I Am Acting) be Served with Judicial Process in the manner Provided by rule 4.

I (or the entity on whose behalf I Am Acting) will retain All defenses or objections to the lawsuit or to the Jurisdiction or venue of The court except For objections based on A defect in the Summons or in the Service of the Summons.

(1)

I understand that a Judgment may be entered against me (or the entity on whose behalf I am acting) if no answer or motion under rule 12 is not served upon you within 60 days after _____ or within 90 days after that date if the request was sent outside the United States.

_____        _____
(Date)                                              (Signature)

Printed / Typed Name _____

as _____ of _____
        (Title)                              (Corporate Defendant)

## Duty to Avoid unnecessary Costs of Service of Summons

Rule 4 of the Federal rules of Civil Procedure requires certain Parties to cooperate in Saving unnecessary costs of Service of the Summons and complaint. A defendant located in the United States who, after being Notified of an Action and asked by a Plaintiff located in the United States to Waive Service of Summons, Fails to do so will be required to bear the Cost of such Service unless good Cause be shown for it's Failure to Sign and return the Waiver.

(2)

It is Not good Cause For A Failure to waive Service that A Party believes that the complaint is unfounded, or that the Action has been brought in an improper place or in a court that lacks Jurisdiction over the Subject matter of the Action or over it's person or property. A party who waives Service of the Summons retains All defenses and Objections (except any relating to the Summons or the Service of the Summons) And may later object to the Jurisdiction of the court or to the Place where the Action has been brought.

(3)

# Waiver Of Service Of Summons

To: Mario Torres # 910089
    HC02, Box 995
    Beeville, Tx 78102

I _____, Acknowledge receipt of your request that I waive Service of Summons in the Action of, Mario Torres Vs. United States Department of Justice-Immigration And Naturalization Service, which is cause Number _____ in the united States District Court For the Southern District of Texas.

I have Also received A copy of the complaint in the Action, Two copies of this instrument, And a means by which I can return the Signed waiver to you without cost to me.

I Agree to Save the cost of the Service of A Summons And An Additional copy of the complaint in this lawsuit by not requiring that I (or the Entity on whose behalf I Am Acting) be Served with Judicial Process in the manner Provided by rule 4.

I (or the entity on whose behalf I Am Acting) will retain All defenses or objections to the lawsuit or to the Jurisdiction or venue of The court except For objections based on A defect in the Summons or in the Service of the Summons.

(1)

I understand that a judgment may be entered against me (or the entity on whose behalf I am acting) if an answer or motion under rule 12 is not served upon you within 60 days after _____ or within 90 days after that date if the request was sent outside the United States.

_____        _____
(Date)                          (Signature)

Printed/Typed Name _____

As _____        of _____
     (Title)                  (Corporate Defendant)

Duty to Avoid unnecessary costs of Service of Summons

Rule 4 of the Federal rules of civil Procedure requires certain Parties to cooperate in Saving unnecessary costs of Service of the Summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a Plaintiff located in the United States to waive Service of Summons, fails to do so will be required to bear the cost of such Service unless good cause be shown for its failure to Sign and return the waiver.

(a)

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over it's person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons) and may later object to the jurisdiction of the court or to the place where the action has been brought.

(3)

# Waiver of Service of Summons

To: Mario Torres # 910089
     HC 02, Box 995
     Beeville, Tx 78102

I _____, Acknowledge receipt of your request that I waive Service of Summons in the Action of, Mario Torres Vs. United States Department of Justice - Immigration and Naturalization Service, which is cause Number _____ in the united States District Court for the Southern District of Texas.

I have Also received A copy of the complaint in the Action, Two copies of this instrument, and a means by which I can return the Signed waiver to you without cost to me.

I Agree to Save the cost of the Service of A Summons and an Additional copy of the complaint in this lawsuit by not requiring that I (or the Entity on whose behalf I am Acting) be Served with Judicial Process in the manner Provided by rule 4.

I (or the entity on whose behalf I am Acting) will retain All defenses or objections to the lawsuit or to the Jurisdiction or venue of The court except for objections based on A defect in the Summons or in the Service of the Summons.

(1)

I understand that A Judgment may be entered Against me (or the entity on whose behalf I Am Acting) if An Answer or motion under rule 12 is Not Served upon you within 60 days After _____ or within 90 days After that date if the request WAS Sent outside the United States.

(Date)                          (Signature)

Printed/Typed Name _____

AS _____ OF _____
       (Title)              (Corporate Defendant)

Duty to Avoid unnecessary Costs of Service of Summons

Rule 4 of the Federal rules of civil Procedure requires certain Parties to cooperate in Saving unnecessary costs of Service of the Summons and complaint. A defendant located in the United States who, After being Notified of An Action and Asked by A Plaintiff located in the United States to Waive Service of Summons, Fails to do So will be required to bear the cost of Such Service unless good Cause be Shown for its Failure to Sign And return the Waiver.

(2)

It is Not good cause For a Failure to waive Service that a Party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks Jurisdiction over the Subject matter of the action or over it's person or property. A party who waives Service of the Summons retains all defenses And objections (except any relating to the Summons or the Service of the Summons) And may later object to the Jurisdiction of the court or to the Place where the action has been brought.