United States District Court
Southern District of Texas
ENTERED

SEP - 5 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARIO TORRES §
 §
V. § C.A. NO. C-01-369
 §
UNITED STATES DEPARTMENT OF §
JUSTICE, ET AL. §

B -01- 202

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

This case is referred to United States Magistrate Judge B. Janice Ellington, who shall prepare the case for decision by the district judge assigned to the case. 28 U.S.C. § 636. On case or party dispositive motions where decision of the district judge is necessary, the magistrate judge shall make recommendations to the district judge promptly with notice to the parties.

ORDERED this __4__ day of __Sept__, August, 2001.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE