FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARIO TORRES | § B -01- 202 |
| | § |
| V. | § Civil No. C-01-369 |
| | § |
| U.S. DEPARTMENT OF JUSTICE, et al. | § |

## ORDER TO SHOW CAUSE

On August 13, 2001, the Plaintiff in this case paid the $150.00 filing fee and submitted certain documents to the Court. None of the documents, however, constitutes a complaint or any other request for relief. Instead, Plaintiff has submitted form notices to the United States Department of Justice, Immigration and Naturalization Service, of their option to waive service of summons, pursuant to Fed. R. Civ. P. 4(d).

Federal Rule of Civil Procedure 3 states that an action is commenced by filing a complaint with the Court. Rule 8 requires a complaint or other request for relief to include a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim, and a demand for judgment or for the relief the pleader seeks. Fed. R. Civ. P. 8(a). None of the documents that Plaintiff has filed complies with Rule 8.

A court may dismiss an action *sua sponte* if the Plaintiff fails to state a claim upon which relief may be granted. Fed. R. Civ. P. 12(b)(6); Guthrie v. Tifco Indus., 941 F.2d 374, 379 (5th Cir. 1991), *cert. denied*, 503 U.S. 908, 112 S. Ct. 1267 (1992); Shawnee Int'l N.V. v. Hondo Drilling Co., 742 F.2d 234, 236 (5th Cir. 1984). Nevertheless, because it appears that Plaintiff may simply have omitted the complaint, Plaintiff will be directed to file a complaint within 30 days, before a determination is made whether to dismiss this case.

For the foregoing reason, Plaintiff is ORDERED to file a complaint that complies with Fed. R. Civ. P. 8 or otherwise show cause why this case should not be dismissed, within 30 days of the date of this order.

Signed this __19__ day of __September__, 2001.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

2