Civil No. C-01-367

B-01-202

Mario Torres           ( )  In The United States
VS.                       ( )  District Court, South
U.S. Department     ( )  District of Texas,
Of Justice, et al      ( )  Corpus Christi Division

United States
Southern District of
FILED
OCT 17 20
Michael N. Milby, C

Motion For Continuance To File
A Complaint That Complies with
Fed. R. Civ. P. 8.

To The Honorable Magistrate Judge
B. Janice Ellington,

     Comes Now Mario Torres #910089
Claimant in the Above Styled And Numbe-
Cause And respectfully Files This Motion
Continuance To File A Complaint that Co
With Fed. R. Civ. P. 8. In Support the
Claimant States As Follows:

I

     Prior To the 13th Of August 2001
Plaintiff mailed A Packet With All the
Required documents to File this Compl
To Family members in Houston, TX. So
Said Family members could Re-mail
Said Packet Of documents To the
Honorable Clerk Of The Court With the

(1)

Required $150.00 Fee.

The possibility exists that Said Complaint of the claim and request for relief was lost either in the mailing process from the Garza West unit to my family in Houston or by my family.

II

It was not the intention of Plaintiff to file this Action without Said Complaint

III

Due to my Transfer from The Garza West unit to the Willacy State Jail or Plaintiff Copies of Said documents were lost or misplaced.

On This date Plaintiff mailed Request to The Clerk of the court for information as to an Accepted Complaint Format so that Plaintiff can file Said Complaint.

Plaintiff Prays that This Honorable Magistrate Judge will Grant this Continuance and Allow an extension of Thirty days, to Nov. 19, 2001

(2)

Civil No. C-01-369

## Order

On This the _____ day of October 2001 This Court Heard The Plaintiffs Motion For Continuance To File A Complaint That complies with Fed. R. Civ. P. 8.

After hearing Said motion This Court is Of The Opinion that Said motion is hereby

Granted / Denied

And Sets a deadline date of The _____ day of _____, 2001 For Plaintiff to file Said Complaint.

Signed this the _____ day of _____ 2001

B. Janice Ellington
United States Magistrate Judge

To Allow Plaintiff time to receive said format and file a proper complaint with this court.

Respectfully Submitted on this the 15 day of October 2001.

Mario Torres, Plaintiff

I Mario Torres, # 910089 decla- under penalty of perjury that the forego. Motion for Continuance is true and Correct. Being incarcerated in the Wil. State Jail of the Texas Dept. of Crimin. Justice I.D. I have no access to No. the foregoing document.

MARIO TORRES    Mario Torres
Mario Torres

(3)