

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 5 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| MARIO TORRES | § | |
| | § | |
| V. | § | C.A. NO. C-01-369 |
| | § | |
| U.S. DEPT. OF JUSTICE, ET AL. | § | B-01-202 |

### ORDER GRANTING MOTION FOR EXTENSION OF TIME

Plaintiff's motion for an extension of time (D.E. 4) to file his complaint and comply with the order to show cause is granted. Plaintiff's complaint shall be filed on or before November 19, 2001. Failure to comply may will result in dismissal for want of prosecution.

ORDERED this 24 day of October, 2001.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE