United States District Court
Southern District of Texas
Corpus Christi Division

Mario Torres

B-01-202

Vs.

C.A. No. C-01-369

U.S. Dept. Of Justice, ET AL.

Deportation Proceedings Complaint

This Action is brought under the Immigration and Naturalization Act. Jurisdiction is Conferred by title 42 United States Code, Section 2000e-5.

The Plaintiff is: Mario Torres
1695 S. Buffalo Dr.
Raymondville, TX 78580

The Defendant is: The United States Dept. Justice
Immigration and Naturalisation Service
7405 CL Highway 75 South
Huntsville, TX 77340

(1.)

I

On November 30, 2000 Plaintiff was ordered deported from the United States in a Hearing conducted by the Honorable Judge Jimmie Lee Benton.

II

Plaintiff was not properly represented by counsel he had hired for representation through these proceedings. And when Judge Benton asked Plaintiff if he wanted to hire another counsel to represent him in filing Application for Cancellation of Removal, Plaintiff stated he could not get another attorney because Plaintiff at the time was being detained in Beeville, TX and had no access to a telephone to conduct interviews with possible attorneys and the mail system in the Texas Dept. of Criminal Justice - I.D. takes too long and makes it impossible to confer with counsel by mail.

## III

Plaintiff was ordered deported from the United States without being offered the same privilages of contacting an attorney by phone or thru legal visits by detainees at a County Jail or Immigration Detention Center.

## IV

Plaintiff Requests that this Honorable Court Order the Immigration and Naturalization Service to:

1.) Set Aside deportation order and Allow Plaintiff Sufficient time and Propper Access to Hire Private Counsel to be represented properly through these proceedings.

2.) Allow Plaintiff and Counsel the Appropriate time to Perfect an Application for Cancellation of Removal.

3.) To Set A Bond Hearing on Plaintiff if Plaintiff is released From TDCJ-ID Custody Prior to Terminating this Process.

Plaintiff Requests that this Honorable Court will grant Plaintiff Such Requests and Allow Plaintiff Proper representation through these Deportation Proceedings.

Respectfully,

*Mario Torres*
MARIO Torres
1695 S. Buffalo DR.
Raymondville, TX 78580

(4.)

I MARIO TORRES #910089 being Presently incarcerated in the Willacy State Jail of The Texas Dept. of Criminal Justice - I.D. Declare under penalty of Perjury that the foregoing Complaint is True and Correct.

Executed this the 9 day of November 2001.

*Mario Torres*
MARIO TORRES

(5)